# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2274
_____

DUANE WOULLARD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original
Jurisdiction.

May 31, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Duane Woullard, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.